JOHN F. WILLIAMS ET AL. *v.* TISHOMINGO SAVINGS INSTITUTION.

BILL OF EXCHANGE. *Indorser's liability.*
> The indorser of a bill of exchange warrants his title ; and, if the indorsement by which he holds is a forgery, his indorsee can recover back the money paid him for the bill.

APPEAL from the Circuit Court of Alcorn County.

Hon. J. A. GREEN, Judge.

*Inge & Chandler*, for the appellants.

The payment of the bill of exchange by the drawee was a complete discharge of the indorsers, whose contract was only to pay if the drawee did not; and the loss must fall on the drawee, unless the money can be collected from the forger. *Oakey* v. *Wilcox*, 3 How. 330; *Lapiece* v. *Hughes*, 24 Miss. 69; *Baskerville* v. *Harris*, 41 Miss. 535.

*Whitfield & Young*, for the appellee.

An indorsement is a contract by the indorser, and every subsequent holder, that the instrument and the antecedent signatures thereon are genuine, and that the indorser has a good title to the instrument. Story on Promissory Notes, § 135; 2 Parsons on Notes and Bills, 588, 589, 591; *National Bank* v.

*Bangs,* 106 Mass. 441 ; *National Park Bank* v. *Ninth National Bank,* 46 N. Y. 77 ; *Ellis* v. *Ohio Ins. Co.,* 4 Ohio St. 628.

GEORGE, C. J., delivered the opinion of the court.

The appellants, having indorsed to the appellee a bill of exchange, to which they claimed title through a forged indorsement, now insist that they incurred no responsibility by their indorsement, except a guaranty that the drawee would pay it on presentation. But the rule is well settled that an indorser warrants the genuineness of the prior indorsements on the bill, and also his title to the paper. Should it be ascertained, even after payment of the bill, that any of the indorsements are forged, the drawee can recover back the amount of the bill from the person to whom he paid it; and so each preceding indorser may recover from the person who indorsed the bill to him. The drawee is bound to know the signature of the drawer, but not of the indorser. The judgment, which is in accordance with these views, is

*Affirmed.*